FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

JIMMY RAY RICHEY

      vs                                                                              Case No. 5:08cv225/RS/EMT

DENNIS LEE, et al.

---

**ORDER**

Plaintiff's "**WRIT OF HABEAS CORPUS RELATED TO CASE 5:08CV225/RS/EMT**," received by the clerk of court on July 29, 2008, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth <u>in the upper left-hand corner on the first page</u> of all pleadings, motions, briefs, applications, and other papers tendered for filing. <u>To the right of the style shall be the case number</u>, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

    The document does not have a proper signature block. The typed or printed name and address of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

    The document is not in proper form. Plaintiff essentially seeks to add additional facts and claims to his complaint. To properly do so, Plaintiff must file an amended complaint on the court approved form, marking it "Amended Complaint." *See* Fed. R. Civ. P. 15(a)(1); N.D. Fla. Loc. R. 5.1(J). Plaintiff is advised that once an

FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 2 of 2

amended complaint is filed, all earlier complaints and filings are disregarded.  N.D. Fla. Loc. R. 15.1.

For these reasons, it is **ORDERED** that:

The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.[1]

**DONE AND ORDERED** this 5th day of August 2008.

       /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]By separate order concerning another deficient document submitted by Plaintiff, the court directed the clerk to send Plaintiff a form for use by prisoners in § 1983 cases.

Case No. 5:08cv225/RS/EMT