FLN (Rev. 4/2004) Deficiency Order	Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JIMMY RAY RICHEY

    vs	Case No. 5:08cv225/RS/EMT

DENNIS LEE, et al.

**ORDER**

Plaintiff's **letter addressed "To Honorable Clerk of the Court,"** received by the clerk of the court on August 6, 2008, was referred to the undersigned with the following deficiencies:

> The document is not in proper form.  Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments.  *See* N.D. Fla. Loc. R. 7.1(F)(1). Plaintiff should file a pleading or motion with a title.  *See* Fed. R. Civ. P. 7(b), 10. The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  *See* N.D. Fla. Loc. R. 5.1(B)(2).  The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought.  *Id.*

> The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* Fed. R. Civ. P. 7(b), 10; N.D. Fla. Loc. R. 5.1(B)(1).

> The document does not have a proper signature block.  The typed or printed name and address of the party filing the document must be included with the original signature.  *See* Fed. R. Civ. P. 11(a).

FLN (Rev. 4/2004) Deficiency Order                                                                                       Page 2 of 2

      The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.  Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

      The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.[1]

**DONE AND ORDERED** this 8th day of August 2008.

                                   /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff is advised that if he wishes to obtain a copy of his complaint, he must submit payment in the amount of $.50 per page, <u>prepaid</u>, to the clerk of this court.  Because the complaint is forty-one (41) pages in length, including exhibits, Plaintiff must submit payment in the amount of $20.50.

Case No. 5:08cv225/RS/EMT