IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY RAY RICHEY,

    Plaintiff,

vs.                                      CASE NO. 5:08cv225/RS-EMT

DENNIS LEE, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on January 12, 2009.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**